IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROD BORGERSEN,

        Appellant,

 v.
                               Case No.  5D22-2242
                               LT Case No. 2018-CF-1218-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Rod Borgersen, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and EISNAUGLE, JJ., concur.